67 A.3d 789

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Dorian PETERSON, Petitioner.**

Supreme Court of Pennsylvania.

May 30, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 30th day of May 2013, the Supplemental Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the Petitioner's sentencing claim. Further, Superior Court's decision affirming the mandatory sentence of life without the possibility of parole is **VACATED,** and that the matter is **REMANDED** to the trial court for a new sentencing hearing pursuant to *Commonwealth v. Batts,* 620 Pa. 115, 66 A.3d 286, 2013 WL 1200252 (2013) to allow the trial court to consider the relevant factors as delineated in *Miller v. Alabama,* —— U.S. ——, 132 S.Ct. 2455, 183 L.Ed.2d 407 (2012).